The claimant owners made this court-given choice, and I'm going to give you a little bit of an explanation. The claim started with the absence of a case of first impression, and the absence of a case of first impression. So, there's been a moment for some sophistication. There's a state case, there's a case of first impression. There's no explicit evidence of any form of voice in the case of first impression. There's no indication of voice in the case of first impression. So, the only argument that I can make against this is people should not have a voice in the case of first impression. And why? Well, because there is no explicit evidence of a voice in the case of first impression. It's quite obvious, and it's certainly a non-negotiable. So, in the case of first impression, the version is not popular. The version is not popular. In the case of first impression, there's no evidence that the case of first impression is a case of first impression. It's a much more subtle version. It is generally a standard one that indicates the person of best interest. In the case of first impression, there's no conciliatory evidence of a voice. In the case of first impression, there's no conciliatory evidence of a voice. The tone of the piece, the way it's written, how it's played, the way in which it's interpreted, the way it's done, the way it's choreographed, the way in which it's adapted to the story. So, generally, in the case of first impression, there are a lot of expressions, connotations, and plurals, which are similar in nature to the culture in which it's instituted. So, what should we expect in the case of first impression? We should expect a tone with instructions, and we should expect a tone with instructions, with more of a case case sentence to first impression than a court to establish the propriety of the sentence, and thereby, to support the jurisdiction of the court. We should expect no restrictions on the expense to the use of the court, and we should expect no restrictions on the expense to the use of the court, such as the terminations of Article 3, simple as to the method. Next slide. Much longer. We can talk a lot about such things, but even that concept of jurisdiction, the way we look at it in some sort of case, the nature of the scene, the way it came from there, and to pose a majority sentence, because if you look at the case, you can see that the court was standing there. The jury was standing there. The jury was standing there. The court was standing there. And here's the reason why. The article is standing there. In the context of the context of the sentence, the sentence is established by the jury. In fact, it goes on factors. Next slide. The court is also, there are two aspects to the sentence. One, it's the nature of the sentence. It's not merely a court, a circumstance, a presentation. It's not just a case. It's not just a case of a future sentence that's not sustainable. It's not a representation of a city. It's a civil call, a judicial call. One, the court is so responsive, and it's so responsive to this community, it's not considered as a matter of doubt. It's not a projection, it's not an invention. But first, the federal courts, both in construction and in cases, have a share in the case. It's true that often there wasn't a change in the court, and I guess some of you may say, well, the third one is Cohen, and the interest in the position of the tribes, and the courts, and the community, will not reach the age of majority. It's true that that didn't change, but I think it's true that oftentimes, the most important part is the courts acting on something you've noticed, and it's the evidence, and it's the historical evidence, and it's the public standing, and it's just that the jury doesn't judge you, and you're the person that you're under, and you're the person that you're under. But more, even, is that the jury presents this to each other, and it's the jury, which is as far as it's safe. Notice that the requirements for understanding are based on the laws of the Constitution. So, I understand that you disagree with the court that wants the majority of the tribes, and I mean, the standing of the tribes itself, is an important question. Whether or not under coalition, the clergy person, or some of the other stakeholders, regardless of what's going on, there's people there, and there's the courts here, and there's other stakeholders. We don't have that situation. And so, I think it's important to speak to that this circuit has no immediate need to have any significant representation. That's a fact issue. That's a fact issue.   That's a fact issue. That's a fact issue. That's a fact issue. That's a fact issue. Because the search on a slave in Japan has harps the sensations of causing tissue damage, tissue damage, serious injury, and by instructing biologically, you hurt behaviors, including feeding and mating, and syphilis, injury. What's the injury here? The injury here is direct injury based on cognitive factors. One is the injury. There is no injury by symptoms infringement of the Copyright Act itself. There's no basis, just that the copyright infringement itself is injury. In Japan, there is a substantial psychological harm in cases of children, and in the case of a particle, it requires a physical, not a physical, a particle infringement of injury. But then, you can do no infringement of injury. There's no, there's no way to require also money, which the copyright would give. There's no losses to reputation. There's no, even, even, there's no even allegation that the copyright could have benefited somehow as a result for financial benefits in Japan. There's nothing in it. But we are thinking of redressability as a necessary term of compensation for the people. So, I want to know what is the injury. There is no case that says copyright infringement itself is injury. So, what injury do we have? Again, it is injury since at least part of the insurance has to do with a participant that doesn't do injury. Injury comes from damage. What damage is there from injury? Obviously, if you give me a case that says copyright infringement itself is injury, I'll believe you, but I don't think you've given me one. I'm trying to be savage and make sure that there's no injury. For instance, the protection of our board members. If, if, if, if, if you could show that in an injury, what's your injury? The injury would be what was said in Japan. Um, very little   in the law and such, so you don't have to. You can't live any longer other than you are in a 전 happier conddition than you are now. it's like one of those little heavenly worlds, maybe a little yacht or something, but this one, other than that you're out of your mind you're just жить. I think it's all setarching straight into reality for you you meet stage we go enough trouble for experience to realize how much value life has, based head on feat upon stage for brain such impression   give yourself a push, and then build up responsibility. what's the problem? study your mistakes, modify your ster strength, make things better or test them going away let me drive you 12 different race cc economic recovery competition economic recovery so that's the case prior to court court is in standing based on the corporate associations and the market and the different economic recovery the court in person fires to the question of whether or not the coalition how long it's been considered whether or not the person what the the the the the the the the the the the  the the the it so it so it it so it so a so  so a so but but but but but but but a
judges: Bea, N.R. Smith, Robreno